UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2635-FMC (AGRx) | Date | August 19, 2009 |
|---|---|---|---|
| Title | SUSAN CARMONA v. DISCOVERY BENEFITS, INC., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**   (In Chambers) RE STIPULATION AND JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER

On August 17, 2009, the parties filed a stipulation and joint request for entry of protective order. (Dkt. No. 19.) The stipulation is denied for the following reasons.

Paragraph 14 appears to assume, incorrectly, that a party's designation of a document as confidential pursuant to the protective order automatically entitles that party to file the document under seal. A separate written application with a sufficient showing is required pursuant to Local Rule 79-5, which provides that "a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal." The required showing varies according to the type of motion. *See, e.g.*, *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (requiring applicant to show compelling reasons for order to seal documents in connection with dispositive motion).

Paragraph 15 must provide that confidential information used at trial shall become public absent a separate court order upon written motion and sufficient cause shown. The language of paragraph 15 must be revised to the extent it is inconsistent with this principle.

The parties may submit a proposed stipulated protective order that complies with this order.

cc:    The Parties

                                                                                             ____ : ____
                                                                    Initials of Preparer        mp