DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS, ESQ. (State Bar No. 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

JS-6

Attorneys for Defendant DISCOVERY BENEFITS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CARMONA, an individual, on behalf of herself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVERY BENEFITS, INC., a North Dakota corporation,, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 09-02635 JHN (AGRx)<br><br>**ORDER ON**<br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant DISCOVERY BENEFITS, INC. a North Dakota corporation, and Plaintiff SUSAN CARMONA, through their respective counsel of record, that Plaintiff shall dismiss, with prejudice, her individual action and claims in the above-entitled lawsuit, only, pursuant to FRCP 41(a)(1)(A)(ii). With respect to the class action claims and causes of action asserted in the Complaint, the parties agree that said claims and

///

causes of action shall be dismissed without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

Each party shall bear its/hers/their own costs and expenses.

**IT IS SO STIPULATED:**

DATED: June 4, 2010         PARISI & HAVENS LLP


                            By  /s/ David C. Parisi
                                David C. Parisi
                                Suzanne Havens Beckman
                                Attorneys for Plaintiff
                                SUSAN CARMONA


DATED: June 4, 2010         CARLSON & MESSER LLP


                            By  /s/ David J. Kaminski
                                David J. Kaminski
                                Attorneys for Defendant
                                DISCOVERY BENEFITS, INC.


DATED: June 4, 2010         KILPATRICK STOCKTON LLP


                            By: /s/ Randall D. Avram
                                Randall D. Avram
                                Attorneys for Defendant
                                DISCOVERY BENEFITS, INC.

IT IS SO ORDERED.
DATED: JUN - 7 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

2
STIPULATION RE DISMISSAL, etc.
06264.00/164886